IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TYRONE McCRAY,

    Petitioner,

v.                                          CIVIL ACTION NO.: CV206-118

JOSE VAZQUEZ, Warden,

    Respondent.

## ORDER

Petitioner has filed a Motion for Sanctions against the Assistant United States Attorney representing the Respondent in this action for habeas relief. Respondent has filed a response. Petitioner's Motion for Sanctions is without merit. The Motion for Sanctions is **DENIED**.

SO ORDERED, this 8th day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)