IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TYRONE McCRAY,

        Petitioner,

v.

        CIVIL ACTION NO.: CV206-118

JOSE VAZQUEZ, Warden,

        Respondent.

## ORDER

Petitioner, an inmate at the Federal Satellite Low in Jesup, Georgia, has filed a Motion for an Evidentiary Hearing and for Limited Discovery.

At an appropriate time, the court will determine whether an evidentiary hearing is required or desirable or if there is a need for discovery. If the court determines that such a hearing is required or desirable, the court will schedule such a hearing *sua sponte*. Petitioner's request for Evidentiary Hearing and for Limited Discovery is **DENIED** at this time.

**SO ORDERED**, this 31st day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)