IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

TYRONE McCRAY,

   Petitioner,

v.                  CIVIL ACTION NO.: CV206-118

JOSE VAZQUEZ, Warden,

   Respondent.

## ORDER

Petitioner has filed a Motion to Expedite Proceedings. Respondent has filed a response. Petitioner's motion is **DISMISSED**. The Court will resolve Petitioner's action in the normal course of business of the Court.

**SO ORDERED**, this 31st day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)